United States Bankruptcy Court
District of Oregon

Huffman,
    Plaintiff

The Now Corporation,
    Defendant

Adv. Proc. No. 22-06018-dwh

# CERTIFICATE OF NOTICE

| District/off: 0979-6 | User: Admin. | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: pdf018 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | The Now Corporation, c/o Resident Agents of Nevada, Inc. (RA), 711 S Carson St #4, Carson City, NV 89701-5292 |
| dft | + | The Now Corporation, c/o Ken Williams, President, 711 S. Carson St. Suite 4, Carson City, NV 89701-5292 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion18.eg.ecf@usdoj.gov | Sep 08 2022 22:55:00 | US Trustee, Eugene, 405 E 8th Ave #1100, Eugene, OR 97401-2728 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022      Signature:      /s/Gustava Winters

DISTRICT OF OREGON
**F I L E D**
September 08, 2022
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

**The court finds that defendant has impliedly consented to this court's entry of final judgment by failing to appear.**

_____
DAVID W. HERCHER
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**Kent Strickler**<br>Debtor, | Case No. 21-61582-dwh7 |
| **Jeanne E. Huffman**, Trustee,<br>Plaintiff,<br>v.<br>**The Now Corporation,** a Nevada Corporation,<br>Defendant. | Adv. No. 22-06018-dwh<br><br>**ORDER OF DEFAULT AND FINDING OF CORE PROCEEDING** |

This action is a core proceeding as defined by 28 U.S.C. § 157(b)(2)(A), (E), and (O). As a core proceeding, the Bankruptcy Court may make a final determination of this action.

This matter is before the Court on the Motion for Order of Default filed by Plaintiff chapter 7 trustee Jeanne E. Huffman and accompanying Declaration of Jeanne E. Huffman (Dkt. No. 5). It appears to the Court from the records on file that Defendant The Now

Page 1 of 2 –   ORDER FOR DEFAULT AND FINDING OF CORE PROCEEDING

LEONARD LAW GROUP LLC
4110 SE Hawthorne Blvd, PMB #506
Portland, Oregon 97214-5246
leonard-law.com

Corporation ("**Defendant**") was served with copies of the Complaint (Dkt. No. 1) and Adversary Proceeding Summons (Dkt. No. 2), by serving copies of the same on Defendant at 711 S. Carson St., Suite 4, Carson City, NV 89701, and its Registered Agent, also at 711 S. Carson St., Suite 4, Carson City, NV 89701. Defendant failed to answer or otherwise appear in this action in the time allowed by law pursuant to FRBP 7012(a), and the Trustee has satisfied the requirements of LBR 9021-1.

IT IS HEREBY ORDERED that Defendant The Now Corporation is in default.

# # #

Presented by:

LEONARD LAW GROUP LLC

By: /s/ Timothy A. Solomon
    Timothy A. Solomon, OSB #072573
      Direct: 971.634.0194
      Email: tsolomon@LLG-LLC.com
        Counsel for Jeanne E. Huffman, Ch. 7 Trustee

cc:    ECF recipients

Defendant (via first-class mail):

The Now Corporation,
c/o Ken Williams, President
711 S. Carson St., Suite 4
Carson City, NV 89701

Registered Agent of Defendant (via first-class mail):

The Now Corporation,
c/o Resident Agents of Nevada, Inc. (Registered Agent)
711 S. Carson St., Suite 4
Carson City, NV 8970

Page 2 of 2 – ORDER FOR DEFAULT AND FINDING OF CORE PROCEEDING

LEONARD LAW GROUP LLC
4110 SE Hawthorne Blvd, PMB #506
Portland, Oregon 97214-5246
leonard-law.com

Case 22-06018-dwh   Doc 9   Filed 09/10/22