Huffman,

    Plaintiff

The Now Corporation,

    Defendant

Adv. Proc. No. 22-06018-dwh

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0979-6 | User: Admin. | Page 1 of 1 |
| Date Rcvd: Sep 09, 2022 | Form ID: pdf018 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | The Now Corporation, c/o Resident Agents of Nevada, Inc. (RA), 711 S Carson St #4, Carson City, NV 89701-5292 |
| dft | + | The Now Corporation, c/o Ken Williams, President, 711 S. Carson St. Suite 4, Carson City, NV 89701-5292 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion18.eg.ecf@usdoj.gov | Sep 09 2022 22:42:00 | US Trustee, Eugene, 405 E 8th Ave #1100, Eugene, OR 97401-2728 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2022

Signature:     /s/Gustava Winters

Below is a judgment of the court. If the judgment is for money, the applicable judgment interest rate is: as provided below

David W. Hercher

DAVID W. HERCHER
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 21-61582-dwh7 |
| **Kent Strickler** | |
| Debtor, | |
| **Jeanne E. Huffman**, Trustee, | Adv. No. *22-06018-dwh* |
| Plaintiff, | **JUDGMENT OF DEFAULT & MONEY AWARD** |
| v. | **[$150,000 PLUS INTEREST, FEES, & COSTS]** |
| **The Now Corporation,** a Nevada Corporation, | |
| Defendant. | |

Based upon the Order for Default and Finding of Core Proceeding as to Defendant The Now Corporation entered herein (Dkt. 7),

IT IS HEREBY ORDERED AND ADJUDGED that judgment shall be entered in favor of the Plaintiff Jeanne E. Huffman, Trustee awarding a money judgment against Defendant The Now Corporation in favor of the "Bankruptcy Estate of Kent Strickler" in the amount of $150,000, plus default interest thereon at an interest rate of 9% per annum beginning on the initial issuance date of the Note, continuing until paid in full, fees, and costs.

Page 1 of 3 - JUDGMENT

LEONARD LAW GROUP LLC
4110 SE Hawthorne Blvd., PMB #506
Portland, Oregon 97214
leonard-law.com

## Money Judgment Summary

A. Judgment Creditor:           Bankruptcy Estate of Kent Strickler
c/o Jeanne E. Huffman, Chapter 7 Trustee
P.O. Box 1674
Pendleton, OR 97801

B. Judgment Debtor:           The Now Corporation
711 S. Carson St., Suite 4
Carson City, NV 89701

C. Amount of Money Judgment:    $150,000

D. Costs                       TBD

E. Post-judgment interest:       9% per annum simple interest on entire Judgment amount,
from the date of the initial issuance of the Note, until paid
in full

# # #

**PRESENTED BY:**

LEONARD LAW GROUP LLC

By:    /s/ Timothy A. Solomon
Timothy A. Solomon, OSB 072573
Counsel for Plaintiff Jeanne E. Huffman, Chapter 7 Trustee

cc:     ECF Parties and via US Mail to:

       The Now Corporation,
       c/o Ken Williams, President
       711 S. Carson St., Suite 4
       Carson City, NV 89701

       The Now Corporation,
       c/o Resident Agents of Nevada, Inc. (Registered Agent)
       711 S. Carson St., Suite 4
       Carson City, NV 89701

LEONARD LAW GROUP LLC
4110 SE Hawthorne Blvd., PMB #506
Portland, Oregon 97214
leonard-law.com

**LIST OF PARTIES TO RECEIVE COPY OF JUDGMENT**
*Huffman v. The Now Corporation*
U.S. Bankruptcy Court, District of Oregon Case No. 22–06018–dwh

The Now Corporation,
c/o Ken Williams, President
711 S. Carson St., Suite 4
Carson City, NV 89701

The Now Corporation,
c/o Resident Agents of Nevada, Inc. (Registered Agent)
711 S. Carson St., Suite 4
Carson City, NV 89701